FILED ☒    LODGED ___
RECEIVED ___ COPY

FEB 1 8 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  **WO**

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9  United States of America,              )    CR-04-01283-PCT-FJM
                                          )
10          Plaintiff,                     )
                                          )
11  vs.                                    )
                                          )
12  Alexander Begay,                       )         **ORDER**
                                          )
13          Defendant.                     )
                                          )
14  _____      )

15

16         A detention hearing and a preliminary revocation hearing on the Petition on

17  Supervised Release were held on February 18, 2010.

18         **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21         **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529

24  (9th Cir. 1994).

25

26

27

28

1    **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2    court.

3    DATED this _19th_ day of February, 2010.

Lawrence O. Anderson
United States Magistrate Judge